UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHEVRON CORPORATION, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 10-mc-10352-JLT |
| | * | |
| JONATHAN S. SHEFFTZ, | * | |
| | * | |
| Respondent. | * | |

ORDER

December 7, 2010

TAURO, J.

After a Motion Hearing held on November 22, 2010, this court hereby orders that:

For the reasons set forth in the accompanying Memorandum, Petitioner's <u>Ex Parte Application of Chevron Corporation for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery on Jonathan S. Shefftz for Use in Foreign Proceedings</u> [#1] is ALLOWED IN PART and DENIED IN PART.

Petitioner's <u>Ex Parte Application</u> is ALLOWED insofar as Petitioner may conduct discovery and a subpoena may be executed upon Respondent. Petitioner's <u>Ex Parte Application</u> is DENIED insofar as Petitioner must modify its existing proposed subpoena[1] to comply with the new Rule 26.[2] Petitioner shall serve the modified subpoena on Respondent Shefftz and a copy of

---

[1] Decl. Claudia M. Barrett Supp. Ex Parte Appl. Chevron Corp. Order Pursuant 28 U.S.C. §1782 Conduct Discovery Jonathan S. Shefftz Use Foreign Proceedings, Ex. A [#3].

[2] The proposed subpoena must also comply with this court's Memorandum and Order.

the subpoena on counsel for the Ecuadorian plaintiffs.  The Parties may not file any further discovery motions without first attempting to informally resolve any disputed items of discovery.

IT IS SO ORDERED.

                                                                            /s/ Joseph L. Tauro  
                                                                             United States District Judge