IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CHEVRON CORPORATION,

                Petitioner,

To Issue Subpoenas For The Taking Of
Depositions And The Production Of
Documents.

Civil Action No: 10-mc-10352-JLT

### EMERGENCY MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM RESPONDENT JONATHAN S. SHEFFTZ PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37

Pursuant to Federal Rule of Civil Procedure 37, Chevron Corporation ("Chevron") respectfully moves this Court for an order to compel Respondent Jonathan S. Shefftz ("Respondent") to produce the documents listed as JSPL00000001-15, JSPL00000025-42, and JS00000021 on Respondent's privilege log, and to produce communications responsive to the subpoena which Plaintiffs have not logged or provided to Chevron. This Emergency Motion is supported by the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Claudia M. Barrett and all exhibits attached thereto.

Mr. Shefftz's deposition is set to begin in less than 72 hours. Respondent's and the Ecuadorian Plaintiffs' (collectively "Plaintiffs") counsel has, without any explanation, delayed collecting and producing materials responsive to the subpoena. Chevron filed its application on October 22, 2010, thereby putting Plaintiffs' counsel on notice that the materials sought in that application would likely have to be produced. Given the long lead time afforded to Plaintiffs in that regard, it is inexcusable that now, over seven *weeks* later, Plaintiffs' counsel has still not even collected any email communications involving Respondent, much less produced them. Due

*Denied as moot*
*/s/ Tauro J*
*2/7/11*

to Plaintiffs' delay tactics, Chevron now seeks an emergency resolution of these issues to avoid further prejudice to Chevron in preparing for the deposition of Mr. Shefftz.

Because the Shefftz deposition is scheduled by consent for Thursday, December 16, 2010, Chevron respectfully requests that the Court require production of these documents by 9 a.m. on Tuesday, December 14, 2010. Production of these documents after that date would prevent Chevron from effectively preparing to question the witnesses about these documents at the currently scheduled depositions, and may necessitate recalling the witnesses for additional deposition questioning. Counsel for Chevron is available all day today for a conference with the Court should a telephonic hearing be necessary.

Date: December 13, 2010

                          Respectfully submitted,

                          /s/ Peter E. Seley
                          Peter E. Seley, Esq. (admitted *Pro Hac Vice*)
                          GIBSON, DUNN & CRUTCHER, LLP
                          1050 Connecticut Ave., N.W.
                          Washington, DC 20036
                          T: (202) 887-3689
                          F: (202) 530-9594
                          E: PSeley@gibsondunn.com

                          Robert L. Ullmann, Esq. (BBO# 551044)
                          Heather B. Repicky, Esq. (BBO# 663347)
                          NUTTER MCCLENNEN & FISH LLP
                          155 Seaport Boulevard
                          Boston, MA 02210
                          T: (617) 439-2262
                          F: (617) 310-9262
                          E: rullmann@nutter.com\

                          Randy M. Mastro, Esq. (admitted *Pro Hac Vice*)
                          GIBSON, DUNN & CRUTCHER, LLP
                          200 Park Avenue, 47th Floor
                          New York, NY 10166-0193

T: (212) 351-4000
F: (212) 351-4035
E: rmastro@gibsondunn.com

Andrea E. Neuman, Esq. (admitted *Pro Hac Vice*)
GIBSON, DUNN & CRUTCHER, LLP
3161 Michelson Drive
Irvine, CA 92612-4412
T: (949) 451-3937
F: (949) 451-4220
E: ANeuman@gibsondunn.com

Attorneys for Applicant
CHEVRON CORPORATION

## LOCAL RULE 7.1 AND 37.1 CERTIFICATION

I hereby certify that counsel for Petitioner, Claudia M. Barrett, conferred with counsel for Defendants, Adlai Small on December 10 and 12, 2010, and attempted in good faith to resolve or narrow the issues presented in this motion. No agreement was reached.

/s/ Peter E. Seley
Peter E. Seley

## CERTIFICATE OF SERVICE

I certify that on December 13, 2010, the following documents (filed through the ECF system) were sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF):

- Chevron's Emergency Motion to Compel;

- Memorandum in Support of Chevron's Emergency Motion to Compel and accompanying exhibits; and

- Declaration in Support of Chevron's Emergency Motion to Compel and accompanying exhibits.

/s/ Peter E. Seley
Peter E. Seley